# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 21, 2017

Stephen J. Markman,
Chief Justice

155626(79)

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

SC: 155626
COA: 328737
Wayne CC: 14-010589-FC

EMMANUEL LEROY BROWN,
   Defendant-Appellant.
_____/

   On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing his reply is GRANTED.  The reply submitted on May 26, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

_____June 21, 2017_____   

                Clerk